IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01477-BNB-MEH

DHR INTERNATIONAL, INC.,

Plaintiff,

v.

DEBRA POLLICK, and
BATTALIA WINSTON INTERNATIONAL, INC.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Modify the Civil Scheduling Order Related to the Discovery Cut-Off and Disclosure of Expert Witnesses** [docket no. 55, filed February 25, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 4, 2014**, and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 7, 2014**.

IT IS FURTHER ORDERED that the discovery cut-off is extended to and including **May 15, 2014**. All written discovery must be served so that the responses are due on or before the discovery cut-off.


DATED:  February 25, 2014