IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01477-BNB-MEH

DHR INTERNATIONAL, INC.,

Plaintiff,

v.

DEBRA POLLICK, and
BATTALIA WINSTON INTERNATIONAL, INC.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      I am informed that a resolution of the action has been reached, subject to final documentation. Amended Stipulated Motion [Doc. # 59].

      IT IS ORDERED:

      (1)    The Amended Stipulated Motion [Doc. # 59] is GRANTED;

      (1)    The discovery cut-off and dispositive motion deadline are VACATED pending further order of the court; and

      (2)    The parties shall file a stipulation or motion to dismiss the action with prejudice on or before **May 8, 2014**.

DATED: April 17, 2014