IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01477-BNB-MEH

DHR INTERNATIONAL, INC.,

Plaintiff,

v.

DEBRA POLLICK, and
BATTALIA WINSTON INTERNATIONAL, INC.,

Defendants.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Stipulated Motion for Continued Stay of Pending Case Deadlines** [docket no. 63, filed May 8, 2014] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED.  The parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **May 22, 2014**, or a status report addressing why dismissal has not been accomplished.

DATED:  May 8, 2014